LAW OFFICES OF CHRIS COSCA
Chris Cosca    SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
SALVADOR MATA

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SALVADOR MATA<br><br>    Defendant. | Case No.: 2:09-CR-0501 WBS<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCE**<br><br>DATE:    January 10, 2011<br>TIME:    8:30 a.m.<br>JUDGE:   Hon. William B. Shubb |

### Stipulation

The parties, through their undersigned counsel, stipulate that the judgment and sentence hearing currently scheduled for January 10, 2011 may be continued to March 7, 2011 at 8:30 a.m. The parties require additional time to prepare and gather facts relevant to judgment and sentencing herein.

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: January 6, 2011              by     /s/ Chris Cosca
                                           Chris Cosca
                                           Attorney for Defendant
                                           SALVADOR MATA

- 1 -

DATED: January 6, 2011					by	/s/ Chris Cosca for_____
									Jill Thomas
									Assistant U. S. Attorney

### **Order**

Good cause appearing,

The judgment and sentence hearing currently scheduled for January 10, 2011 is continued to March 7, 2011 at 8:30 a.m.

IT IS SO ORDERED.

DATED: January 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -